LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone      (415) 646-7160
Facsimile      (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA TARMAN-TUBBS AND TRAVIS M. TUBBS, | Case No. C 06 0661 MEJ |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL ; ORDER CLOSING FILE** |
| vs. | **HON. MARIA-ELENA JAMES** |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: May 1, 2006               **LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Judge Maria-Elena James

VOLUNTARY DISMISSAL                                                                    PAGE 1